UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 04-280 (FSH) |
| ALQUAADIR CLARK. | **ORDER** |
| Defendant. | |

This matter having come before the Court by letter dated January 20, 2009 by Defendant, Alquaadir Clark, requesting the entry of an Order to defer the payments of the fine and special assessment fee imposed on March 21, 2007 until after the commencement of his term of Supervised Release; and the Government having submitted a letter dated April 6, 2009 stating no opposition; and the Court having considered the arguments and for good cause shown;

**IT IS** on this 11th day of June, 2009,

**ORDERED** that the Defendant's request to defer the payments of the fine and special assessment fee imposed on March 21, 2007 is hereby **GRANTED;** it is further

**ORDERED** that the Defendant shall continue to make payments immediately upon the commencement of his term of Supervised Release.

    /s/ Faith S. Hochberg
United States District Judge